# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RICHARD DURAZO,<br><br>        Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE LLC, TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE, and DOES 1-100, inclusive,<br>Defendants. | **CASE NO.: CV10-04496 AG (RNBx)**<br><br>**CLASS ACTION**<br><br><br>**[JUDGMENT** |

This action came on for hearing before the Court on April 18, 2011, the Honorable Andrew J. Guilford, District Judge, presiding, on the motion of Defendants Time Warner Cable LLC and Time Warmer Entertainment-Advance/Newhouse Partnership ("Defendants") for summary judgment.

The evidence presented having been fully considered, the issues having been heard and a decision having been rendered granting the motion, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Richard Durazo ("Plaintiff") take nothing, that judgment on the merits is hereby entered in favor of Defendants and against Plaintiff, and that Plaintiff's Complaint is dismissed with prejudice for the reasons set forth in the Court's Order Granting Motion for Summary Judgment (Docket Entry No. 47).

This  27th  day of  April, 2011.

                                              Hon. Andrew J. Guilford
                                              United States District Judge